UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:06CV139

| | |
|---|---|
| JOHN E. STECHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE NORTHWESTERN MUTUAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING DEFENDANT'S MOTION IN SUPPORT OF PRO HAC VICE ADMISSION OF MICHAEL B. HORROW

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff John E. Stecher for admission *pro hac vice* of Michael B. Horrow, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Plaintiff John E. Stecher.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

**IT IS FURTHER ORDERED** that Michael B. Horrow shall pay to the Court the fees required by Local Rule 83.1(B).

Signed: April 13, 2006

David C. Keesler
United States Magistrate Judge